| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Corpus Christi |


SEALED

CORPUS CHRISTI Division

| | |
|---|---|
| Magistrate No.: | N/A |
| File: | INDICTMENT |
| Filed: | September 23, 2020 |
| County: | Nueces |
| LIONS #: | 2018R40362 |

CR. No.: **C-20-1069**

Judge: **Judge David S. Morales**

Attorneys:

RYAN K. PATRICK, U.S. ATTORNEY
SARA POPEJOY, ASST. U.S.ATTORNEY
**GRAND JURY ACTION     APP'D  RET**

United States of America

v.

GERARDO IBARRA

**PLEASE INITIAL**

| TRUE BILL: | _____ |
|---|---|
| NO BILL: | _____ |

Charge(s):  Cts. 1-3: Knowingly possessed and accessed with intent to view child pornography which had been transported using any means and facility of interstate and foreign commerce and had been shipped transported in and affecting interstate and foreign commerce: 18 USC 2252(a)(4)(B) and 2252(b)(2)

Penalty:  Cts. 1-3: Not more than 20 years imprisonment, or a fine of not more than $250,000, or both, any term of years, not less than 5, or life SRT, $100 Special Assessment, $5,000 special assessment (Justice for Victims Trafficking Act 2015), up to $17,000 special assessment (AVAA) and mandatory restitution of at least $3,000 per victim.

In Jail: _____
On Bond: _____
No Arrest:  XXX (Arrest Warrant to Follow) _____