2:20cr1069

6/13/21

# Motion for New Hearing

United States Courts
Southern District of Texas
**Filed**

JUN 18 2021

Nathan Ochsner, Clerk of Court

## Inmate # USMS 11626509

To the honorable judge David Morales:

My name is Gerardo Ibarra. My sentencing hearing was last June 1st. I would like to discuss with you the possibility for a new hearing. Upon speaking with new legal counsel, I am now aware I had more options to consider before I signed my Plea Agreement as well as before my Sentencing Hearing. I was not aware of them until recently. For this reasons, I might have chosen a different direction if I had received better counsel on time. I would like to receive an opportunity to request a motion for a new hearing, if possible. Thanks for your time and consideration.

Sincerely,

Gerardo Ibarra Perrone